### Commonwealth *v.* Battey, Appellant.

Argued March 21, 1974. *David Weinstein,* with him *Weinstein, Goss & Katzenstein,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *David Richman,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Bey, Appellant.

Argued March 19, 1974. *Gerald A. Stein,* with him *Needleman, Needleman, Tabb & Eisman,* for appellant; *David Richman,* Assistant District Attorney, with him *Norris E. Gelman,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.